Dismissed and Memorandum Opinion filed January 27, 2005









Dismissed and Memorandum Opinion filed January 27,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00669-CR

____________

 

EX PARTE RODNEY GRAY

 

 



 

On Appeal from the 278th District
Court

 Grimes County, Texas

Trial Court Cause No. 29,711

 



 

M E M O R A N D U M   O P I N I O N

Appellant is charged with the offense of murder.  The trial court set pre-trial bond at  $200,000. 
Appellant filed a pre-trial application for writ of habeas corpus
seeking a bond reduction.  This Court has
been advised that appellant has been found guilty in a jury trial and has been
sentenced to six years= imprisonment.  The judgment
of guilt renders the issue of pretrial bond moot.  See Ex parte Morgan, 335 S.W.2d 766,
766 (Tex. Crim. App. 1960); Ex parte Bennet, 818 S.W.2d 199, 200 (Tex.
App.CHouston [14th Dist.] 1991, no pet.)
(stating that Awhere the premise of a habeas corpus
application is destroyed by subsequent developments, the legal issues raised
thereunder are rendered moot.@).  

Accordingly, we dismiss this appeal as moot.  








 

PER CURIAM

 

 

Judgment rendered and Memorandum
Opinion filed January 27, 2005.

Panel consists of Justices Yates,
Edelman, and Guzman.

Do Not Publish C Tex. R. App.
P. 47.2(b).